# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>    vs.<br><br>LA HACIENDA MARKET, INC., a California corporation, dba LA HACIENDA MARKET; ISIDRO MAGALLANES, dba LA HACIENDA MARKET; JAVIER MAGALLANES, dba LA HACIENDA MARKET; TC PROPERTY MANAGEMENT, LTD., A CALIFORNIA LIMITED PARTNERSHIP;<br><br>    Defendants. | No. 1:13-cv-00894-AWI-SKO<br><br>**SECOND STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT BY MORE THAN 28 DAYS; ORDER THEREON** |

**WHEREAS,** Plaintiff, Ronald Moore ("Plaintiff"), and Defendant, TC Property Management, Ltd., a California Limited Partnership ("TCPM Defendant") previously entered into a stipulation granting Defendant to and including August 6, 2013 within which to file a responsive pleading;

**WHEREAS**, Defendants' La Hacienda Market, Inc. and Javier Magallanes dba La Hacienda Market ("La Hacienda Defendants," and together with TCPM Defendant, collectively "Defendants") responsive pleadings were due on July 29 and July 26, 2013, respectively;

SECOND STIPULATION EXTENDING TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT; ORDER THEREON

**WHEREAS**, the Parties are presently engaged in meaningful settlement negotiations. Defendants have agreed to provide full certified access specialist reports for the subject property which reports the Parties believe will likely form the basis for a resolution of Plaintiff's claims for injunctive relief;

**WHEREAS**, the Parties desire to conserve judicial resources and attorney fees attendant with preparing and filing responsive pleadings, and desire instead to apply those resources towards settlement in the cautiously optimistic belief that such a settlement is likely;

**NOW, THEREFORE**, **IT IS HEREBY STIPULATED** by and between Plaintiff, by and through his attorney, TCPM Defendant, by and through its attorney, and La Hacienda Defendants, who have not yet retained counsel and enter into this stipulation on their own behalf, that Defendants may have to and including September 27, 2013 to file responsive pleadings in this matter. This extension of time is Defendant's first extension and does not alter the date of any event or any deadline already fixed by Court order.

Dated: August 21, 2013        MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff,
Ronald Moore


/s/ Robert W. Dillon
Robert W. Dillon, Attorney for
Defendant, TC Property Management,
Ltd., a California Limited Partnership

/s/
Defendant, La Hacienda Market, Inc.


/s/ Javier Magallanes
Defendant, Javier Magallanes dba La
Hacienda Market

SECOND STIPULATION EXTENDING TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT; ORDER THEREON

Page 2

I attest that the original signatures of the persons whose electronic signatures are shown above (and who are not ECF users) are maintained by me, and that their concurrence in the filing of this document and attribution of their signatures was obtained.

                                            */s/ Tanya E. Moore*
                                            Tanya E. Moore, Attorney for
                                            Plaintiff, Ronald Moore

## **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants shall have to and including September 27, 2013, within which to file responsive pleadings.

IT IS SO ORDERED.

Dated:   **August 21, 2013**                          **/s/ Sheila K. Oberto**
                                                         UNITED STATES MAGISTRATE JUDGE