1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore
6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  RONALD MOORE,                          )  No.  1:13-cv-00894-AWI-SKO
                                           )
12            Plaintiff,                    )  **NOTICE OF VOLUNTARY DISMISSAL**
                                           )  **OF ACTION;  ORDER**
13       vs.                               )
                                           )
14  LA HACIENDA MARKET, INC., a            )
    California corporation, dba LA HACIENDA )
15  MARKET, et al.                         )
                                           )
16            Defendants.                   )
                                           )
17                                         )
    _____   )
18

19       WHEREAS, no Defendant has filed an answer or motion for summary judgment;

20       WHEREAS, Plaintiff and Defendants have settled the matter;

21       WHEREAS, no counterclaim has been filed;

22       Plaintiff hereby respectfully requests that this action be dismissed with prejudice

23  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

24  Date: October 9, 2013                 MOORE LAW FIRM, P.C.

25

26                                        /s/ Tanya E. Moore
                                          _____
27                                        Tanya E. Moore
                                          Attorneys for Plaintiff
28

              NOTICE OF VOLUNTARY DISMISSAL OF ACTION; [PROPOSED] ORDER

                                    Page 1

1                   **<u>ORDER</u>**

2       Good cause appearing,

3       IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

4

5

6 IT IS SO ORDERED.

7 Dated:   October 9, 2013                                      

8                        SENIOR  DISTRICT  JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28