1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>          Plaintiff,<br><br>     vs.<br><br>LA HACIENDA MARKET, INC., a California corporation, dba LA HACIENDA MARKET, et al.<br><br>          Defendants. | No.  1:13-cv-00894-AWI-SKO<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION;  ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: October 9, 2013                          MOORE LAW FIRM, P.C.


                                               */s/ Tanya E. Moore*
                                               Tanya E. Moore
                                               Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL OF ACTION; [PROPOSED] ORDER

Page 1

1 **ORDER**

2      Good cause appearing,

3      IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

6  IT IS SO ORDERED.

7  Dated:   October 9, 2013                      _____

8                                                                 SENIOR DISTRICT JUDGE